UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SHAKEEM MARTIN,<br><br>                    Defendant. | 13 Cr. 879 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 26, 2021, the Government filed a motion *in limine* requesting that the Court admit victim and witness hearsay statements at Defendant's upcoming violation of supervised release hearing. (Dkt. #66). The Government has requested permission to file the exhibits to its motion under seal, and has informed the Court that defense counsel consents to this request. (*See id.* at 20). The Court hereby GRANTS the Government's request. The sealed exhibits shall be filed under seal, viewable to the Court and parties only.

SO ORDERED.

Dated:  April 27, 2021
        New York, New York

                                    *Katherine Polk Failla*
                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge