UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 13 Cr. 879 (KPF) |
| SHAKEEM MARTIN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference regarding the Government's motion *in limine* on May 18, 2021, at 10:30 a.m. The dial-in information is as follows: At 10:30 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:30 a.m.

SO ORDERED.

Dated: May 12, 2021
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge