UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 13 Cr. 879 (KPF) |
| SHAKEEM MARTIN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an oral decision on the pending violation of supervised release specifications on June 17, 2021, at 10:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Remote access to the proceeding will be available by dialing (888) 363-4749 and entering access code 5123533.

SO ORDERED.

Dated: June 8, 2021
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge