UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,                        13 Cr. 879 (KPF)

      v.                                          ORDER

SHAKEEM MARTIN,

                Defendant.
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      It is hereby ORDERED, that the defendant, Shakeem Martin, USM# 69969-054, is hereby remanded to the custody of the United States Marshal.

      SO ORDERED.

Dated:     June 17, 2021
             New York, New York

                                                         KATHERINE POLK FAILLA
                                                       United States District Judge