L<small>AW</small> O<small>FFICE OF</small>
# M<small>ICHAEL</small> K. B<small>ACHRACH</small>
224 W<small>EST</small> 30<small>TH</small> S<small>TREET</small>, S<small>UITE</small> 302
N<small>EW</small> Y<small>ORK</small>, N.Y. 10001
-------------
T<small>EL</small>. (212) 929-0592 • F<small>AX</small>. (866) 328-1630

M<small>ICHAEL</small> K. B<small>ACHRACH</small> \*                                                                                                          http://www.mbachlaw.com
\* admitted in N.Y., MN and D.C.                                                     michael@mbachlaw.com

November 12, 2021

**By ECF**

The Hon. Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



                                                         *Re: United States v. Shakeem Martin,*
                                                         *13 Cr. 879 (KFP)*

Dear Judge Failla:

       I write to submit this out-of-time request for a three-day extension of time to file Defendant Shakeem Martin's sentencing memorandum in the above-referenced matter. Defendant's sentencing hearing is scheduled for Tuesday, November 23, 2021, at 11:00 a.m., and as such his sentencing memorandum was due three days ago on Tuesday, November 9, 2021. I have emailed with Assistant United States Attorney Danielle Kudla and she has informed me that the Government has no objection to the instant request, which would permit me to file Mr. Martin's sentencing memorandum today. AUSA Kudla likewise requests a three-day extension of time for the Government to file its sentencing memorandum, which would permit the Government until Friday, November 19, 2021, to do so. The defense, of course, has no objection to the Government's reciprocal request.

       I greatly apologize to the Court for the delay in filing Mr. Martin's sentencing memorandum. Unanticipated issues arose on two other cases that delayed my ability to finish Mr. Martin's brief in a timely manner, and both required my immediate attention.

       Accordingly, the undersigned respectfully requests that this Court accept Defendant Shakeem Martin's sentencing memorandum when it is filed today out-of-time. Additionally, the undersigned requests that the Government be given until Friday, November 19, 2021, to submit its sentencing memorandum assuming that additional time is still needed.

       As always, I thank Your Honor for her time and consideration.

                                                       Respectfully submitted,

                                                       /S/

                                                       Michael K. Bachrach
                                                       *Attorney for Defendant Shakeem Martin*

cc:       All parties of record (by ECF)

Application GRANTED. The Court will accept Defendant's sentencing memorandum today. The Government's submission shall be due on or before November 19, 2021.

The Clerk of Court is directed to terminate the pending motion at docket number 88.

Dated:   November 12, 2021          SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE